### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MY SWEET PETUNIA, INC., ) | |
| ) | |
| *Plaintiff*, ) | C.A. No. 17-364-GMS |
| ) | (Consolidated) |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| TONIC STUDIOS USA INC., ) | |
| ) | |
| *Defendant*. ) | |

### [PROPOSED] STIPULATED ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff My Sweet Petunia, Inc. and Defendant Tonic Studios USA Inc. hereby stipulate to the dismissal with prejudice of all claims, counterclaims and defenses in the above-captioned civil action and C.A. No. 17-01183-GMS. Each Party will bear it own costs and fees. This Court shall retain both subject matter and personal jurisdiction over the Parties for the purpose of enforcing the terms and conditions of the settlement agreement between the Parties that resolved this matter.

*/s/ Eric B. Fugett*
Eric B. Fugett (#5609)
PITCHFORD FUGETT, PLLC
2817 West End Ave.
Suite 126-423
Nashville, TN 37203
Tel: (479) 420-6805
eric@pf-legal.com

*Attorneys for Plaintiff*
*My Sweet Petunia, Inc.*

Dated: July 2, 2018

*/s/ John W. Shaw*
John W. Shaw (#3362)
Nathan R. Hoeschen (#6232)
SHAW KELLER LLP
I.M. Pei Building
1105 N. Market Street, 12th Floor
Wilmington, DE 19801
Tel: (302) 298-0700
jshaw@shawkeller.com
nhoeschen@shawkeller.com

*Attorneys for Defendant*
*Tonic Studios USA Inc.*

SO ORDERED this 3rd day of July, 2018.

_____
UNITED STATES DISTRICT JUDGE